SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No.2:11-cv-03175-MCE-GGH |
|           Plaintiff, | **ORDER RE: REQUEST FOR DISMISSAL** |
|      v. | |
| 219 Vernon Street, L.P., | |
|           Defendants | |

IT IS HEREBY ORDERED THAT this action is dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).  The Clerk is directed to close the file.

Dated:   November 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE